# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| ERIC JOHNSON | : | NO. 09-752 |

## ORDER

AND NOW, on this 2nd day of December, 2010, upon careful consideration of Defendant's Motion to Suppress Incriminating Statements (ECF No. 33), the Government's Response thereto (ECF No. 34), and after an evidentiary hearing on the Motion held on November 23, 2010 and the parties' supplemental letter briefing, and for the reasons in the accompanying Memorandum Regarding Defendant's Motion to Suppress Evidence, it is hereby ORDERED as follows:

1. The Government's Motion (ECF No. 32) is DENIED as moot.

2. Defendant's Motion to Suppress (ECF No. 33) is DENIED, but Defendant may object to Government allegations of theft of the subject firearm during the trial.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Todd\09-752 US v. Johnson\Johnson - Order re Mot Suppress.wpd